UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

___

| | | |
|---|---|---|
| CASEY K., by NORMAN and MARI K., Individually and as his Parents and Next Friends, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 04-2128 |
| ST. ANNE COMMUNITY HIGH SCHOOL DISTRICT NO. 302 and ILLINOIS STATE BOARD OF EDUCATION, | ) ) ) ) ) | |
| Defendants. | ) | |

___

# OPINION
___

     This matter is before the court on Defendant St. Anne Community High School District No. 302 (District)'s Motion to Dissolve Stay Put Injunction (#122).  On August 13, 2004, Judge Joe Billy McDade entered an order (#11) finding that Acacia Academy was the appropriate stay put placement for Casey K. pursuant to § 1415(j) of the IDEA during the pendency of the proceedings in this court.  On August 14, 2006, this court entered an Opinion (#120) affirming the decision of the Independent Hearing Officer and finding the District to be the appropriate placement for Casey K.  The District now moves to dissolve the stay put injunction issued by Judge McDade.  In response to the Motion to Dissolve, Plaintiffs argue it is premature to rule on the motion until the court determines whether the District is responsible for reimbursing Plaintiffs for certain transportation costs while the stay put order was in place.  In ruling on the parties' motions for summary judgment, this court gave Plaintiffs thirty days to file an appropriate motion seeking reimbursement for these

-1-

costs. This court fails to see how the two matters are related. Because this court has found the District to be the proper placement rather than Acacia, the court finds it appropriate to dissolve the stay put injunction. See Tammy S. v. Reedsburg Sch. Dist., 302 F. Supp. 2d 959, 980-81 (W.D. Wis. 2003).

Accordingly, the District's Motion to Dissolve Stay Put Injunction (#122) is GRANTED. The previously entered stay put injunction is dissolved retroactive to this court's Opinion entered August 14, 2006. Plaintiffs' motion regarding reimbursement of transportation costs remains due September 13, 2006.

ENTERED this 5th day of September, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE